# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__Canyon Duff Moye__
Name under which you were convicted

__319956__
Your prison number

vs.

CIVIL ACTION NO. __22-cv-26-JB-B__
(To be supplied by Clerk of Court)

FILED JAN 21 '22 PM 3:26 USDCALS

_____
Name of Defendant(s)

__Fountain Correctional Fac. / 3800 Fountain, Atmore Al 36502__
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____
   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )    No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Fountain

B. Date it occurred: 2019/2020

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? Filling Grievances / Parents calling St. Capital

   2. What was the result? Getting yelled at. / Half foot amputation.

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

I got a rub blister at Kilby working mandatory job board in the kitchen. I told the officer, and the L.T. over the shift but they didnt care, and would not let me go to the health care. I got a sick call and went to the nurses station, were I got a no work / and limited standing profile. The L.T and kitchen officer was going to beat me with those metal sticks if I didnt go back to work. My Dad had to call the Warden at Kilby and tell her what was going on. The next morning I was being shipped to Fountain Correctional were it got worse.

4

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Canyon Moye / 319956

   Your present address: 3800 Fountain, Atmore AL, 36502

B. <u>Defendant(s)</u>:

1. Defendant (full name) Fountain Correctional Facility is employed as _____ at _____.

   His/her present address is _____.

   (a) Claim against this defendant: Negligent for Medical care.

   (b) Supporting facts (Include date/location of incident):
   I had to have partial foot amputation due to poor medical care.

2. Defendant (full name) N/A is employed as _____ at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   (b) Supporting facts (Include date/location of incident):
   _____

3. Defendant (full name) N/A is employed as _____ at _____.

   His/her present address is _____.

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):
_____
_____
_____
_____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: TOP 1st, Burglary 3rd, POM.

2. When were you convicted? June 6th, 2019

3. What is the term of your sentence? 20/4 years

4. When did you start serving this sentence? 8/2/18

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? 8/2/22

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas yes( ) no( )     yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I want to be compensated for my loss of foot and pain and suffering.

**VI. <u>AFFIRMATION</u>.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-28-21
Date

*Camryon Moye*
(Signature of Plaintiff Under Penalty of Perjury)

3800 Fountain Corr. Fac
Current Mailing Address

Atmore AL, 36502

Father's # 251-212-1263
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

## II. My Present Complaint.

G. I got to Fountain and it took me 3 or 4 days to get in medical to see the doctor. After that alot of days I try to leave the dorm and I told the officers the problem and they tell me (not today, or I dont care.) My Daddy had to call Kay Ivey's office, the D.O.C in Montgomery, and also call the Warden at G.K. Fountain because they wouldnt take care of my foot or let me leave the dorm to go to medical. The D.O.C sent somebody down here to look at my foot and then showed me his prostedic leg he had. There was a Indian doctor here I can not pronounce his last name. I had a <u>green</u> foot for 5 or 6 month's and finally I went to see Dr. Paul in Bayminette. He cut alot of that rotting dead tissue out and muscle/meat. He gave the Indian doctor instructions on how to pack it and anti-biotics, which the Indian doctor did not give to me, said I didnt need it. I went back to Dr. Pauls a month later and it got so bad off he had to amputate on Febuary 26th 2020. I had 30 staples in my nub what was left of my foot.

12/29/21 →  Now today that same foot has another sore on it big as a half dollar, and if they dont help it heal im going to loose more of my foot. They are not taking care of it properly, I still have trouble getting out the dorm today and all they doing is wrapping it. No Anti-biotics or nothing else.

Canyon Moye #319956
3800 Fountain Corr. Fac
Atmore Al, 36502



This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

United States Southern District Court
155 St. Joseph St
Mobile, Alabama. 36602