# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CANYON DUFF MOYE,** | ) | |
| **(AIS# 319956)** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 22-00026-JB-B** |
| | ) | |
| **MANUEL POUPARINAS, M.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## Verdict Form

---

**We, the jury, unanimously, find the following by a preponderance of the evidence:**

1. **That Manuel Pouparinas was deliberately indifferent to the necessary medical needs of Canyon Moye.**

   **Answer: Yes** _____   **No** _____

**If you answered "YES" to part 1, proceed to part 2.   Otherwise, please stop**

2. **Do you award compensatory damages against Manuel Pouparinas?**

   **Answer: Yes** _____   **No** _____

   **If yes, in what amount?**

   **Answer: $** _400,000.00_
   **(Fill in Dollar figure)**

**3. Do you award punitive damages against Manuel Pouparinas?**

Answer:  Yes _____        No

If yes, in what amount?

Answer: $ _____
**(Fill in Dollar figure)**

_____  _____
FOREPERSON

*20 May 2024*
_____
DATE

FILED IN OPEN COURT THIS **20ᵗʰ** DAY
OF MAY, 2024.

CHRISTOPHER EKMAN, CLERK

BY:  *Melanie Paulk*
_____
DEPUTY CLERK

2