IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANYON DUFF MOYE, <br> (AIS# 319956) <br><br> Plaintiff, <br><br> v. <br><br> MANUEL POUPARINAS, M.D., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 22-00026-JB-B <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Comes now the Defendant, Manuel Pouparinas, M.D., and files his Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit as to the trial court's Jury Verdict,[1] the Judgment entered as a result of that verdict,[2] and the trial court's Order of October 16, 2024, denying Defendant's Renewed Motion for Judgment as a Matter of Law.[3]

Respectfully submitted,

/s/ Philip G. Piggott
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@rushtonstakely.com
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
1901 6th Avenue North, Ste. 1000
Birmingham, AL 35203

---

[1] Doc. 154, May 21, 2024
[2] Doc. 155, May 23, 2024
[3] Doc. 177, October 16, 2024

Telephone: 205-443-2769
Facsimile: 334-262-6277

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following parties of record:

Edward Rowan
Taylor Martino, PC
P. O. Box 894
Mobile, AL 36601
ed@taylormartino.com
tiffany@taylormartino.com

/s/ *Philip G. Piggott*
OF COUNSEL